# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

141457

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 141457
                               COA: 289540
                               Grand Traverse CC:
                               08-010647-FH

STEVEN DANIEL SMOOT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 1, 2010 judgment of the Court of Appeals is considered. We DIRECT the Grand Traverse County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to the defendant's contention that the trial prosecutor engaged in pervasive misconduct.

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk

s1209